IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAMSBURG COMMONS CONDOMINIUM ASSOCIATION, | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 12-511 |
| | : | |
| STATE FARM FIRE AND CASUALTY COMPANY, | : | |
| Defendant. | | |

### ORDER

**AND NOW**, this _13th_ day of November 2012, Defendant's First Motion to Dismiss for Failure to state a Claim in First Amended Complaint (ECF No. 16) is **GRANTED in part** and **DENIED in part** as follows:

State Farm's motion to strike Count IV for unjust enrichment is **DENIED**;

State Farm's motion to dismiss Count III for misrepresentation is **GRANTED**;

State Farm's motion to dismiss Plaintiff's prayer for relief for punitive damages and motion to strike references to "willful" and "wanton" conduct are **GRANTED**; and

State Farm's motion to dismiss claims for "other" and "further" relief is **DENIED**.           s/Anita B. Brody

_____
ANITA B. BRODY, J.

Copies VIA ECF on _____ to:                Copies MAILED on _____ to: